**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **MICHAEL G. GOOLSBY, MELISSA E. GOOLSBY,**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**JPMORGAN CHASE BANK, N.A., FLAGSTAR BANK, N.A., LAKEVIEW LOAN SERVICING, LLC, NATIONSTAR MORTGAGE LLC, ROCKET MORTGAGE, LLC,**<br><br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 6:26-CV-00368-LS** |

**ORDER STIRKING SECOND AMENDED COMPLAINT**

Plaintiffs filed a second amended complaint without "the opposing party's written consent or the court's leave."[1] "A party may amend its pleading once as a matter of course."[2] As Plaintiffs already amended their complaint without leave on June 25, 2026,[3] the Court **GRANTS** Defendants' motions to strike [ECF No. 17 and 20], **STRIKES** the second amended complaint [ECF No. 13], and **GRANTS** JPMorgan Chase Bank, N.A.'s motion for leave to file a reply [ECF No. 16]. Defendants Lakeview Loan Servicing, LLC and Rocket Mortgage, LLC's motion to dismiss the second amended complaint [ECF No. 19] is **DENIED AS MOOT**.

**SO ORDERED**.

---

[1] Fed. R. Civ. P. 15(a)(2).
[2] *Id.* r. 15(a)(1).
[3] ECF No. 6.

**SIGNED** and **ENTERED** on July 30, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**